UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK OSTROM, *et al.*,

       Plaintiffs,                     Case No. 2:16-cv-13256
                                               District Judge Paul D. Borman
v.                                                  Magistrate Judge Anthony P. Patti

BAYVIEW LOAN
SERVICING, LLC,

       Defendant.
_____/

## ORDER ON OCTOBER 4, 2017 STATUS CONFERENCE/HEARING REGARDING EMERGENCY MOTION TO ADJOURN SETTLEMENT CONFERENCE DUE TO MEDICAL CONDITION OF PLAINTIFF (DE 20)

Upon receiving Plaintiff's emergency motion to adjourn the settlement conference due to medical condition of Plaintiff (filed yesterday as DE 20), the Court conducted a telephonic status conference today and received oral argument on the record, at which attorneys Valerie A. Moran and Steven A. Matta appeared. Based on what the Court learned at the hearing, including that Defendant's client representative has already flown to Detroit to participate in tomorrow's settlement conference, the motion to adjourn the settlement conference is **DENIED**. However, Plaintiff Patrick Ostrom is excused from appearing at the October 5, 2017 settlement conference in person, but must be available and reachable by telephone throughout the course of the settlement conference. Should it be

necessary to continue the settlement conference for an additional day, Plaintiff Patrick Ostrom will be required to appear in person for the settlement conference and Defendant's client representative will be permitted to participate in any such continuation of the settlement conference by telephone.  The attorneys for both parties are required to attend the October 5, 2017 settlement conference in person, and for any continuation thereafter.

**IT IS SO ORDERED.**

Dated: October 4, 2017

s/Anthony P. Patti
ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on October 4, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti